# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. MUMMY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　　　Defendant. | Case No. EDCV 06-776 JC<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

　　LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   September 19, 2007

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE